THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alan L. Burns,       
Appellant,
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No.  2004-UP-492
Submitted September 15, 2004  Filed 
 September 22, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia; and Solicitor Barbara R. Morgan, 
 of Aiken, for Respondent.
 
 
 

PER CURIAM:  Alan L. Burns appeals his convictions 
 for second-degree criminal sexual conduct with a minor and lewd act upon a minor.  
 Burns argues the trial judge erred in accepting his guilty pleas prior to the 
 States summary of the facts leading to his arrest.  Burnss counsel attached 
 to the brief a petition to be relieved as counsel, stating that she had reviewed 
 the record and concluded this appeal lacks merit.  Burns filed a separate pro 
 se brief arguing his plea was not knowingly, voluntarily and intelligently 
 made and arguing the trial judge erred in refusing to address his motion to 
 dismiss and post-trial motions.  After a thorough review of the record, counsels 
 brief, and Burnss pro se brief pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Burnss appeal and grant counsels motion to 
 be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE,
JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.